UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROTEMPO LIMITED, et al., | CASE NO. C21-1337JLR |
| Plaintiffs, | ORDER |
| v. | |
| GAEMS, INC., et al., | |
| Defendants. | |

Federal Rule of Civil Procedure 4 requires a plaintiff to serve the defendant with a summons and a copy of the plaintiff's complaint and sets forth the specific requirements for doing so. *See* Fed. R. Civ. P. 4. Rule 4(m), which provides the timeframe in which service must be effectuated, states in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

ORDER - 1

*Id.* Here, Plaintiffs have failed to identify Defendants Does 1-20 and failed to serve Defendants GAEMS, Inc. and Does 1-20 with a summons and a copy of Plaintiffs' complaint within the timeframe provided in Rule 4(m).

The parties have also indicated in their joint status report that various motions are forthcoming. (*See generally* JSR (Dkt. # 15).) Defendant represents that it "anticipates filing a motion to dismiss or stay this litigation." (*See id.* at 4.) Plaintiffs represent that they intend to seek an order permitting them to complete service through alternative means (*id.* at 17) and, "[i]f the [p]arties do not reach a stipulation, . . . a motion asking the [c]ourt to appoint a Special Master" (*id.* at 7). The court will address any such motions, if they are filed, after they become ripe for the court's consideration.

Accordingly, the court ORDERS Plaintiffs to SHOW CAUSE within ten (10) days of the date of this order why the unserved Defendants should not be dismissed from this action based on Plaintiffs' failure to comply with Rule 4(m). If Plaintiffs do not demonstrate good cause for the failure, the court will dismiss any Defendants that have not been served from this action without prejudice.

Dated this 17th day of February, 2022.

*[signature]*

JAMES L. ROBART
United States District Judge