UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROTEMPO LIMITED, et al.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>G.A.E.M.S., INC., et al.,<br><br>　　　　　　　Defendants. | CASE NO. C21-1337JLR<br><br>ORDER STRIKING ANSWER |

On March 14, 2022, the court granted Plaintiffs Protempo Limited and Protempo US Limited's (collectively, "Protempo") motion for default against Defendant DWG Holding Company, LLC ("DWG"). (Default Order (Dkt. # 24).) The court found that Protempo's motion was supported by an accompanying declaration demonstrating "DWG's failure to plead or otherwise respond in a timely manner after being served in accordance with Fed. R. Civ. P. 4 and being notified more than fourteen (14) days prior to the filing of the [m]otion." (*Id.* at 1.) DWG answered the complaint on March 20, 2022. (Answer (Dkt. # 25).) It did so, however, without moving to set aside the court's

ORDER - 1

1 | entry of default, Fed. R. Civ. P. 55(c), or seeking the court's leave to answer the
2 | complaint after the time for doing so had expired, Fed. R. Civ. P. 6(b)(1)(B).  (*See*
3 | *generally* Dkt.)
4 |     Accordingly, the court STRIKES DWG's answer (Dkt. # 25).  This order is
5 | without prejudice to DWG filing a motion to set aside the order of default and for leave
6 | to file an untimely answer.
7 |     Dated this 23rd day of March, 2022.

JAMES L. ROBART United States District Judge

ORDER - 2