UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROTEMPO LIMITED, et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>G.A.E.M.S., INC., et al.,<br><br>           Defendants. | CASE NO. C21-1337JLR<br><br>ORDER STRIKING ANSWER |

Before the court is Plaintiffs Protempo Limited and Protempo US Limited's (collectively, "Protempo") motion for default against Defendant G.A.E.M.S., Inc. ("G.A.E.M.S."). (Mot. (Dkt. # 27).) On March 24, 2022, G.A.E.M.S.'s counsel filed a notice of appearance, asserted that entry of default would be inappropriate given that G.A.E.M.S.'s counsel had entered an appearance that same day, and represented that it "anticipate[d] filing for leave to extend the tiem [sic] to file an answer on March 28, 2022." (*See* Resp. (Dkt. # 30); *see also* NOA (Dkt. # 29).) In anticipation of G.A.E.M.S.'s forthcoming motion for an extension of its answer deadline, the court

ORDER - 1

renoted Protempo's motion for default to March 28, 2022.  (*See* Dkt.)  Instead of moving for an extension of its answer deadline, however, G.A.E.M.S. simply filed its untimely answer without the court's leave.  (*See* Answer (Dkt. # 31)); *see also* Fed. R. Civ. P. 6(b)(1)(B).

Accordingly, the court STRIKES G.A.E.M.S.'s answer (Dkt. # 31).  If G.A.E.M.S. wishes to file an untimely answer, it must file a motion seeking the court's leave to do so no later than April 5, 2022, and attach its proposed answer as an exhibit to that motion.  The court further DIRECTS the Clerk to renote Protempo's motion for default (Dkt. # 27) to April 5, 2022.

Dated this 29th day of March, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 2