UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROTEMPO LIMITED, et al.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>G.A.E.M.S., INC., et al.,<br><br>　　　　　　Defendants. | CASE NO. C21-1337JLR<br><br>ORDER |

Before the court is a stipulated motion to extend the noting dates for Plaintiffs Protempo Limited and Protempo US Limited's (collectively, "Protempo") motions for default against Defendants DWG Holding Company ("DWG") and G.A.E.M.S., Inc. ("GAEMS") (collectively, "Defendants"). (Stip. Mot. (Dkt. # 33).) The parties represent that they have "reached a settlement in principle" and ask the court to renote "Protempo's pending Motions for Default [a]gainst DWG . . . and GAEMS" to April 19, 2022 so that they may finalize their settlement without needing to "engag[e] in further motion practice." (*Id.* at 1-2.)

ORDER - 1

1    The court previously granted Plaintiffs' motion for default against DWG, so there is no motion for default pending against DWG and, accordingly, no noting date to extend. (*See* Stip. Mot. at 1; *see also* 3/14/22 Order (Dkt. # 24) (entering default against DWG).) Plaintiffs' motion for default against GAEMS is currently noted for April 5, 2022 and the court has ordered GAEMS to move for leave to answer the complaint by that same date. (*See* 3/29/22 Order (Dkt. # 32); *see also* Default Mot. (Dkt. # 27).) However, the court finds that good cause exists to extend GAEMS' deadline for moving for leave to answer the complaint to April 19, 2022, and to renote Protempo's motion for default against GAEMS to that same date. *See* Fed. R. Civ. P. 6; Local Rules W.D. Wash. 7(l). There are no other deadlines currently pending in this matter.[1]

    Accordingly, the parties' stipulated motion (Dkt. # 33) is GRANTED. GAEMS' deadline to seek leave to answer the complaint is EXTENDED to April 19, 2022 and the Clerk is DIRECTED to renote Plaintiffs' pending motion for default against GAEMS (Dkt. # 27) to April 19, 2022.

    DATED this 5th day of April, 2022.

JAMES L. ROBART
United States District Judge

---

[1] The court's order striking DWG's answer was entered "without prejudice to DWG filing a motion to set aside the order of default and for leave to file an untimely answer." (*See* 3/23/22 Order (Dkt. # 26) at 2.) The court did not impose any specific deadlines by when DWG must seek that relief, however (*see id.*), and, in light of the parties' settlement discussions, does not expect that DWG will file any such motions prior to April 19, 2022.