HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROTEMPO LIMITED, a New Zealand corporation; PROTEMPO US LIMITED, a Delaware corporation,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>G.A.E.M.S., INC., a Washington corporation; DWG HOLDING COMPANY, LLC, a Washington limited liability company; and DOES 1 through 20, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.  2:21-cv-01337<br><br>[PROPOSED] ORDER EXTENDING NOTING DATE FOR PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT G.A.E.M.S., INC. AND DEADLINE FOR DEFENDANT G.A.E.M.S., INC. TO SEEK LEAVE TO ANSWER COMPLAINT |

　　　　THIS MATTER, having come before the Court pursuant to a Second Stipulated Motion of the Parties seeking a two-week extension to the Noting Date for Plaintiffs' pending motion for entry of default against defendant GAEMS [Dkt. # 27] and the deadline for GAEMS to file a motion seeking leave to answer the Complaint; and the Court, having reviewed the Second Stipulated Motion, and the files and records herein, and deeming itself fully advised, Now, Therefore,

　　　　IT IS ORDERED that the Parties' Second Stipulated Motion is GRANTED.  The prior deadline set forth in the First Stipulated Motion is EXTENDED to May 3, 2022; and the Clerk is DIRECTED to renote the deadline relating to the same.

[PROPOSED] ORDER EXTENDING NOTING DATE FOR PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT GAEMS- 1
CASE NO. 2:21-cv-01337

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1
2   DATED this 15th day of April, 2022.
3
4
5
6   _____
7   HONORABLE JAMES L. ROBART
    UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

[PROPOSED] ORDER EXTENDING NOTING
DATE FOR PLAINTIFFS' MOTION FOR ENTRY
OF DEFAULT AGAINST DEFENDANT GAEMS- 2
CASE NO. 2:21-cv-01337

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107