HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROTEMPO LIMITED, a New Zealand corporation; PROTEMPO US LIMITED, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>G.A.E.M.S., INC., a Washington corporation; DWG HOLDING COMPANY, LLC, a Washington limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01337<br><br>**ORDER EXTENDING DATES AND DEADLINES PENDING PERFORMANCE OF SETTLEMENT** |

THIS MATTER, having come before the Court pursuant to the Parties' Stipulated Motion Extending Dates And Deadlines Pending Performance Of Settlement, whereby the Parties seek to extend to Monday, June 20, 2002, the noting date for both Plaintiffs' Default Motion [Dkt. #27] and GAEMS' Answer Motion [Dkt. #39], and seeking to extend accordingly the related response and reply deadlines, pending performance of the settlement among the Parties; and the Court, having reviewed the Stipulated Motion, and the files and records herein, and deeming itself fully advised, Now, Therefore,

IT IS ORDERED that the Stipulated Motion is GRANTED.

The Clerk is DIRECTED to renote for June 20, 2022, the noting date for both Plaintiffs' Default Motion [Dkt. #27] and GAEMS' Answer Motion [Dkt. #39].

//

ORDER EXTENDING DATES AND DEADLINES
PENDING PERFORMANCE OF SETTLEMENT - 1
CASE NO. 2:21-cv-01337

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1  DATED this 19th day of May, 2022.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER EXTENDING DATES AND DEADLINES
PENDING PERFORMANCE OF SETTLEMENT - 2
CASE NO. 2:21-cv-01337

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107