1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10 | PROTEMPO LIMITED, et al., | CASE NO. C21-1337JLR

11 | Plaintiffs, | ORDER

v.

12

13 | G.A.E.M.S., INC., et al.,

14 | Defendants.

15      Before the court is the parties' second stipulated motion to extend dates and

16  deadlines pending performance of settlement terms.  (2d Stip. Mot. (Dkt. # 42).)  The

17  parties seek to extend to Wednesday, July 20, 2022, the noting date, as well as related

18  response and reply deadlines, for:  (1) Plaintiffs Protempo Limited and Protempo US

19  Limited's (collectively, "Protempo") motion for default against Defendants DWG

20  Holding Company ("DWG") and G.A.E.M.S., Inc. ("GAEMS") (collectively,

21  "Defendants"); and (2) GAEMS's motion for leave to file an answer.  (*See* Default Mot.

22  (Dkt. # 27); Answer Mot. (Dkt. # 39).)  The parties request this relief "to

ORDER - 1

1   provide . . . additional time to implement the terms of their settlement before seeking

2   dismissal of" this matter.  (*See* 2d Stip. Mot. at 3.)

3       Accordingly, for good cause shown, the court GRANTS the second stipulated

4   motion to extend dates and deadlines (Dkt. # 42).  The Clerk is DIRECTED to renote for

5   July 20, 2022, Protempo's motion for default (Dkt. # 27) and GAEMS's motion for leave

6   to file an answer (Dkt. # 39).  The parties are warned, however, that the court will be

7   unlikely to grant further extension requests.

8       DATED this 21st day of June, 2022.

9

10                          JAMES L. ROBART

11                          United States District Judge

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2