HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROTEMPO LIMITED, a New Zealand corporation; PROTEMPO US LIMITED, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>G.A.E.M.S., INC., a Washington corporation; DWG HOLDING COMPANY, LLC, a Washington limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01337<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE** |

THIS MATTER, having come before the Court pursuant to the Parties' Stipulated Motion For Dismissal Without Prejudice ("Stipulated Motion") [Dkt. #44], whereby the Parties seek to dismiss without prejudice this Case Number 2:21-cv-01337 ("Declaratory Relief Action") in connection with the settlement among the Parties under their Settlement Agreement and Release of Claims which is effective as of May 14, 2022 ("Settlement Agreement"); and the Court, having reviewed the Stipulated Motion, and the files and records herein, and deeming itself fully advised, Now, Therefore,

IT IS ORDERED that:

(1) the Stipulated Motion is granted;

(2) this Declaratory Relief Action is dismissed without prejudice; and

ORDER GRANTING STIPULATED MOTION FOR
DISMISSAL WITHOUT PREJUDICE - 1
CASE NO. 2:21-cv-01337

134032.0001/9045005.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

(3) the Court retains jurisdiction over this Declaratory Relief Action and the Parties to the Settlement Agreement for purposes of confirming full performance of the Settlement Agreement, permitting the exercise of all rights and enforcing all obligations under the Settlement Agreement, interpreting and enforcing the Settlement Agreement, and all other matters relating to this Declaratory Relief Action and the Settlement Agreement.

DATED this 13th day of July, 2022.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR
DISMISSAL WITHOUT PREJUDICE - 2
CASE NO. 2:21-cv-01337

134032.0001/9045005.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107